# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAUGUESS ELECTRICAL SERVICES, INC., <br>     Plaintiff, <br><br> v. <br><br> HOSPITALITY BUILDERS, INC., <br>     Defendant. | CIVIL ACTION <br><br><br> NO. 20-214 |

**ORDER**

AND NOW, this 24th day of February, 2020, upon consideration of Plaintiff's Motion to Compel Arbitration and Defendant's Response thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART for the reasons set forth in the preceding Memorandum Opinion and all proceedings in this matter are STAYED pending the completion of arbitration proceedings before the American Arbitration Association to take place in Aberdeen, South Dakota.

            BY THE COURT:

            s/ J. Curtis Joyner

            _____
            J. CURTIS JOYNER,  J.